# EXHIBIT 9

An official website of the United States government. Here's how you know

**FBI Newark**
Public Affairs Specialists Patty Hartman and Doreen Holder
(973) 792-3020

January 28, 2016

# Special Agent in Charge Richard Frankel Retires After 20 Years of Service in the FBI

Richard M. Frankel, special agent in charge (SAC) of the Newark Field Office of the Federal Bureau of Investigation, will retire from the FBI on January 29, 2016. SAC Frankel has served the FBI both domestically and abroad for over 20 years and has worked in several FBI field offices and FBI Headquarters. He is scheduled to begin a new career as a Director at USG Security Limited, an international security company based in central London with clients all over the world. USG provides physical protection, data protection, complex worldwide fraud investigations, and crisis management.

"Serving in the FBI has been a privilege and an honor," said SAC Frankel. "I will miss and never forget the incredible men and women who keep our country safe each and every day." SAC Frankel began his FBI career investigating organized crime as a special agent in the New York Field Office. Over the course of his career, Frankel served in numerous capacities, including assistant special agent in charge (ASAC), SAC of the Counterterrorism Division, SAC of the Criminal Division, and Associate Division Counsel. While in the Counterterrorism Division, Frankel oversaw many successful and high profile cases including the investigation of a plot to bomb two synagogues in the Bronx and shoot down a military plane near Stewart Air force Base; the plot to explode a bomb in the New York City Subway system; and the attempt to explode a vehicle-borne bomb in Times Square. Frankel also served as acting special agent in charge of the Buffalo Division in 2013.

In 2011, he was promoted to the role of associate director of national intelligence in the Office of the Director of National Intelligence.

While serving abroad, Mr. Frankel was the FBI's deputy on-scene commander in Afghanistan where he led a team that supported U.S. Special Forces components. He was also the on-scene commander for FBI personnel that investigated the bombing of the Rugby Club in Uganda during the World Cup. Additionally, he led the team that arrested the surviving pirate in the Maersk Alabama incident off the coast of Somalia and investigated the terror attack on the Westgate Mall in Kenya.

Throughout Mr. Frankel's tenure as Newark's FBI special agent in charge, he has received numerous commendations from local and federal law enforcement agencies. Under his leadership the Newark Division had over 554 arrests, 136 indictments, and 272 convictions. In addition, he was very active in the communities of New Jersey, meeting regularly with religious and civic leaders, youth and ethnic groups, and non-profit organizations.

"Rich Frankel is one of the reasons the Newark Office of the FBI continues to have the outstanding reputation that it does," U.S. Attorney Paul J. Fishman said, "He has been an exemplary professional partner and a good friend to me personally. We in the U.S. Attorney's office, and all of us in law enforcement, will miss him, and wish him well."

FBI New York Assistant Director in Charge Diego Rodriguez said, "There are many areas of the FBI on which SAC Frankel has left his mark, especially here in New York. From his initial assignments on our Organized Crime Branch, to overseeing many high-profile counterterrorism cases, SAC Frankel's leadership and posture will forever define his legacy at the FBI."

"Richard Frankel will be missed in New Jersey," said Carl J. Kotowski, Special Agent in Charge of the Drug Enforcement Administration's New Jersey Division. "His support of the DEA and drug law enforcement was greatly appreciated. I wish him great success in his future endeavors."

**Most Wanted**
Ten Most Wanted
Fugitives
Terrorism
Kidnappings / Missing Persons
Seeking Information
Bank Robbers
ECAP
ViCAP

**About**
Mission & Priorities
Leadership & Structure
Partnerships
Community Outreach
FAQs

**News**
Stories
Videos
Press Release
Speeches
Testimony
Podcasts and Radio
Photos
Español
Apps

**Resources**
Law Enforcement
Businesses
Victim Assistance
Reports & Publications

**What We Investigate**
Terrorism
Counterintelligence
Cyber Crime
Public Corruption
Civil Rights
Organized Crime
White-Collar Crime
Violent Crime
WMD

**Contact Us**
Field Offices
FBI Headquarters
Overseas Offices

**Services**
CJIS
CIRG
Laboratory Services
Training Academy
Operational Technology
Information Management

**FBI Jobs**
Submit a Tip
Crime Statistics
History
FOIPA
Scams & Safety
FBI Kids
FBI Tour

**Additional Resources**
Accessibility
eRulemaking
Freedom of Information / Privacy Act
Legal Notices
Legal Policies & Disclaimers
Privacy Policy
USA.gov
White House
No FEAR Act
Equal Opportunity


FEDERAL BUREAU OF INVESTIGATION


FBI.gov Contact Center