# EXHIBIT 17

Previous Owner/Registrant/Lien Information - 10/24/1996 to 12/18/2000

**Title Holders**
RICHARD M FRANKEL [ View Person Record ]
 PORT WASHINGTON, NY
State Titled In: **NY**
Original Title Date: **10/26/1996**
Title Transfer Date: **10/26/1996**

**Lien Holders**
None Found

**Lessors**
None Found

**Registrant**
RICHARD M FRANKEL [ View Person Record ]
Registered: **10/24/1996** to **12/18/2000**

**Addresses Registered to While owned by RICHARD M FRANKEL**
 PORT WASHINGTON, NY
(10/24/1996 to 12/11/1998)

**Vehicle Tag History**
License Plate: Valid from: **(10/24/1996 to 12/18/2000)**

## FL Accidents (None Found)

## Global Watch Lists (None Found)

## US Business Affiliations (None Found)

## UCC Filings (None Found)

## US Corporate Affiliations (None Found)

## Aircraft Records (None Found)

## Pilot Licenses (None Found)

## Voter Registrations (1 Found)

Name: **RICHARD M FRANKEL**
Address: PORT WASHINGTON, NY
Date of Registration: **09/23/1996**
DOB: **1964** (57)