UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of FORENSIC NEWS LLC and SCOTT STEDMAN for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | Case No. _____ |

## RULE 7.1 CORPORATION DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Petitioner Forensic News LLC, through its undersigned counsel, certifies that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated:   New York, New York
         March 31, 2022

                                               GIBSON, DUNN & CRUTCHER LLP

                                               */s/  Anne Champion*
                                               Anne Champion
                                               Lee R. Crain
                                               Erica Sollazzo Payne
                                               Cate McCaffrey
                                               GIBSON, DUNN & CRUTCHER LLP
                                               200 Park Avenue, 47th Floor
                                               New York, NY 10166-0193
                                               Telephone: (212) 351-4000
                                               Facsimile:  (212) 351-4035

                                               *Counsel for Petitioners*
                                               *Forensic News LLC & Scott Stedman*