UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

In re Application of FORENSIC NEWS LLC and SCOTT STEDMAN for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding.

CASE NO. : 1:22-MC-00993

## AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in East Meadow, New York

That on **03/31/2022** at **7:56 PM** at **9 Lewis Lane, Port Washington, NY 11050**

deponent served a(n) Notice of Appearance by Lee Ross Crain, Notice of Appearance by Erica Payne, Notice of Appearance by Cate McCaffrey, Application for Judicial Assistance to Obtain Evidence for Use in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782, [Proposed] Order, Memorandum of Law in Support of Petitioners' Application for an Order Pursuant to 28 U.S.C. § 1782, Rule 7.1 Corporation Disclosure Statement, Declaration of Patrick Doris in Support of Petitioners' Application for an Order Pursuant to 28 U.S.C. § 1782, Declaration of Anne Champion in Support of Petitioner's Application for Judicial Assistance to Obtain Evidence for Use in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 with Exhibits 1-18, the Miscellaneous Case Information Sheet.

on **Richard Frankel**,

by delivering a true copy of each to said respondent personally;

deponent knew the person so served to be the person described as said respondent therein.

<u>Description of Person Served:</u>
Gender: Male
Skin: White
Hair: Black/Gray
Age: 36 - 50 Yrs.
Height: 5' 4" - 5' 8"
Weight: 161-200 Lbs.
Other:

MILITARY SERVICE: At the time of service respondent was asked whether he/she was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the respondent is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
1st day of April, 2022

NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. # 01DI4977768
COMM EXP. 2/11/2023

Juan D. Aguirre
License No. 2067175

Serving By Irving, Inc. | 18 East 41st Street, Suite 1600 | New York, NY 10017
New York City Dept. of Consumer Affairs License No. 0761160