**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Application of FORENSIC NEWS LLC and SCOTT STEDMAN for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | **NOTICE OF APPEARANCE**<br><br>Case No. 1:22-mc-00993-KAM |

PLEASE TAKE NOTICE that the undersigned attorney, Kenneth M. Abell, of the law firm Abell Eskew Landau LLP, who is a member in good standing of this Court, hereby appears as counsel in the above-captioned action for Respondent Richard Frankel.

Dated: April 5, 2022
       New York, New York

                                  Respectfully Submitted,

                                  ABELL ESKEW LANDAU LLP

By:   /s/ *Kenneth M. Abell*
            Kenneth M. Abell, Esq.
            ABELL ESKEW LANDAU LLP
            256 Fifth Avenue, 5th Floor
            New York, NY 10001
            (646) 970-7341 (p)
            (646) 970-7345 (f)
            kabell@aellaw.com