**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Application of FORENSIC NEWS LLC and SCOTT STEDMAN for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | **NOTICE OF APPEARANCE**<br><br>Case No. 1:22-mc-00993-KAM |

PLEASE TAKE NOTICE that the undersigned attorney, Scott Glicksman, of the law firm Abell Eskew Landau LLP, who is a member in good standing of this Court, hereby appears as counsel in the above-captioned action for Respondent Richard Frankel.

Dated: April 5, 2022
      New York, New York

                                     Respectfully Submitted,

                                     ABELL ESKEW LANDAU LLP

By:   /s/ *Scott Glicksman*
          Scott Glicksman, Esq.
          ABELL ESKEW LANDAU LLP
          256 Fifth Avenue, 5th Floor
          New York, NY 10001
          (646) 970-7338 (p)
          (646) 970-7345 (f)
          sglicksman@aellaw.com